**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT DEPIRRE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 24-cv-04910** |
| **AGENT MEGAN GORMAN,** | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

**AND NOW**, this **5th** day of **December 2024**, upon consideration of the United States of America's Motion to Dismiss (ECF No. 6), and no response in opposition thereto, it is hereby **ORDERED** that, for the reasons stated in the Court's memorandum, this Motion (ECF No. 6) is **GRANTED**, without prejudice to Plaintiff filing an Amended Complaint by **December 27, 2024**. If no Amended Complaint is filed by that date, a final order will enter.

**BY THE COURT:**

**/s/ Chad F. Kenney**
**CHAD F. KENNEY, J.**